# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF ALMIRA MARIE WILL, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 11-cv-5482 |
| | : | |
| NESHAMINY MANOR, INC., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this __21ST__ day of March, 2013, upon consideration of Defendants' Motion for Summary Judgment along with a Statement of Undisputed Material Facts. (Doc. No.'s 48, 49), Plaintiffs' Response and Counter-Statement of Undisputed Material Facts (Doc. No. 50); *see also* (Doc. No.'s 51-55), Plaintiffs' Amended Brief in Support of their Response (Doc. No. 56) and Defendants' Reply (Doc. No. 57), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant and against Plaintiffs. This case is CLOSED.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE
